**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**
Bankruptcy Judge Joseph G. Rosania, Jr.

| | |
|---|---|
| In re: | |
| ECO Roof and Solar Inc., <br> Tax ID / EIN: 45-4232895 | Case No. 24-15628-JGR <br> Chapter 11 |
| Debtor. | |

### ORDER FOR COMPLIANCE

THIS MATTER is before the Court on the Application to Employ J. Zachary Balasko as Counsel to the Official Committee of Unsecured Creditors ("Motion")(Doc. 127) filed on November 18, 2024. The Court, having reviewed the Motion and the within case file,

DOES FIND that the Declaration of J. Zachary Balasko (Exhibit B) states that his law firm, Steptoe & Johnson PLLC ("S&J"), represents Trieste at Bay Colony Condominium Association, Inc. ("Trieste") in its capacity as a creditor to the Debtor's bankruptcy. The Court further finds that Trieste's claim against the Debtor is a general unsecured claim for indemnity for liens asserted by SRS Distribution, Inc. and Allegiance Crane & Supply, LLC, which arise from Trieste's construction contract with the Debtor. Due to the potential for conflict between the needs of the to the Official Committee of Unsecured Creditors and the needs of S&J's client, Trieste, notice of the Motion is appropriate under L.B.R. 2014-1(a)(1) and (a)(8).

Movant shall serve notice of the requested relief to all interested parties pursuant to L.B.R. 9013-1(a)(2).

IT IS THEREFORE ORDERED that no further action shall be taken with regard to the Motion, until such time as Movant complies with L.B.R. 9013-1 and the matter is properly brought before the Court upon the filing of a certificate of contested or non-contested matter in accordance with L.B.R. 9013-1(c). In the event Movant fails to comply as provided herein, the Motion shall be deemed moot and, upon the closing of the case in the ordinary course, be deemed denied for lack of prosecution in accordance with L.B.R. 9013-1(f).

Dated: November 19, 2024.  BY THE COURT:

_____
Joseph G. Rosania, Jr.,
United States Bankruptcy Judge